No. D–687. IN RE DISBARMENT OF NAHOOM. It is ordered that Kerry J. Nahoom, Sr., of Winter Park, Fla., be suspended

from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.